UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARA VERDEJO,

                        Plaintiff,

          -against-

WAL-MART STORES EAST, LP, WAL-
MART STORES EAST, INC. and WAL-
MART REAL ESTATE BUSINESS TRUST,

                        Defendants.

Case No. 1:25-cv-03280 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On February 12, 2026, Defendants filed a letter motion asking the Court to hold discovery in abeyance pending resolution of Defendants' anticipated motion for summary judgment, or, in the alternative, to extend the time to complete expert discovery. Dkt. 22. The Court granted Defendants' request to extend the expert discovery deadline and, in line with that extension, adjourned the parties' post-discovery conference to May 28, 2026. Dkt. 23.

Per this Court's Individual Rule 3.I.i, a party wishing to move for summary judgment must file a letter indicating as such "no later *than three weeks before* the post discovery pre-trial conference" — here, May 7, 2026. Defendants have yet to do so. Accordingly, by **May 12, 2026**, Defendants are ORDERED to file one of two letters:

(1) a pre-motion letter confirming their continued interest in seeking summary judgment; or

(2) a letter confirming their intention to proceed to trial.

Dated: May 8, 2026
       New York, New York

                                    SO ORDERED.

                                      *Jennifer Rochon*

                                    JENNIFER L. ROCHON
                                    United States District Judge