UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARA VERDEJO,

                    Plaintiff,

        -against-                              Case No. 1:25-cv-03280 (JLR)

WAL-MART STORES EAST, LP, WAL-               **ORDER**
MART STORES EAST, INC. and WAL-
MART REAL ESTATE BUSINESS TRUST,

                    Defendants.

JENNIFER L. ROCHON, United States District Judge:

        On May 8, 2026, the Court ordered Defendants to file a letter regarding their intent to file

a motion for summary judgment by May 12, 2026.  That deadline has passed with no submission

from Defendants regarding their intention to file a motion for summary judgment.  Therefore, by

**May 20, 2026**, the parties shall submit a joint letter to the Court with proposed trial dates.

Dated: May 13, 2026
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge